7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Mark Otto Schmidt and Cyndee Lou Schmidt
*Debtor*

*Bankruptcy Case No.*
13–41619–abf7

**Missouri Department of Social Services**
   Plaintiff(s)

*Adversary Case No.*
13–04114–abf

v.

**Cyndee Lou Schmidt**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment by Consent is hereby entered in favor of the Plaintiff, Missouri Department of Social Services, and against the Defendant, Cyndee Lou Schmidt as follows: The debts owed to the Missouri Department of Social Services by Cyndee Lou Schmidt were incurred by means of false representations and therefore, pursuant to ll U.S.C. Section 523(a)(2)(A), are not dischargeable and will be excepted from any discharge obtained in the Debtor's underlying bankruptcy proceedings: 1. Foods Stamps benefits paid to the Debtor in the amount of $16,215.45.00 and, 2. MoHealthNet benefits conferred upon the Debtor in the amount of $19,3373.05.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 10/1/13

Court to serve